# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PHL VARIABLE INSURANCE
COMPANY,

       Plaintiff,

v

LASALLE BANK N.A., LASALLE BANK
CORORATION, FRANK J. ELLIAS as
Trustee of THE ROSEN FAMILY IRREVOCABLE
TRUST dated September 12, 2005, and
ROBERT ROSEN,

       Defendants.

Case: 2:08-cv-11562
Judge Lawrence P. Zatkoff
MJ: Virginia M. Morgan

_____ /

## ORDER ADJOURNING DATE FOR ANSWER TO PLAINTIFF'S COMPLAINT

Plaintiff, PHL Variable Insurance Company, and Defendants, Frank J. Ellias, as Trustee of the Rosen Family Irrevocable Trust and Robert Rosen (collectively "Defendants"), having filed their Stipulation approving entry of this Order;

**IT IS ORDERED THAT** the date for Defendants to file their Answer to Plaintiff's Complaint shall be and hereby is adjourned for a period of thirty (30) days or until **June 10, 2008**.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: May 14, 2008

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 14, 2008.

                                                  s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290